UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTINE ESTHER MOSES,<br><br>　　　　　　　　Defendant. | Case No. MJ20-112-MLP<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　Count 1:　　Possession with Intent to Distribute Heroin, Methamphetamine, and Fentanyl, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

<u>Date of Detention Hearing</u>: March 16, 2020

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　1.　　There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

　　2.　　Defendant poses a risk of nonappearance due to her previous failures to appear and

DETENTION ORDER - 1

the commission of offenses while on terms of supervision. Defendant was also not interviewed and therefore her background, history, and ties to the community are unknown. Defendant poses a risk of danger due to the nature of the instant offense, her criminal history, and possible substance abuse. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 16th day of March, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3