THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-99 RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO OR TELEPHONIC HEARING |
| JUSTINE MOSES, | ) | |
| Defendants. | ) | |

THE COURT has considered Justine Moses's stipulated motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).  Specifically, Ms. Moses was indicted on March 6, 2020, and following contiunuances due to the COVID-19 pandemic, her trial date is now August 9, 2021. During this period of delay, Ms. Moses has been confined in the Federal Detention Center in Seatac, Washington. Ms. Moses seeks to resolve this matter expeditiously, in part to mitigate the stress associated with pending criminal charges and uncertain outcomes.

ORDER GRANTING STIPULATED MOTION
TO PROCEED WITH GUILTY PLEA BY
VIDEO OR TELEPHONIC HEARING
(US v. MOSES, CR20-99 RSM) - 1

**CARNEY GILLESPIE PLLP**
**600 1st Avenue, Suite LL08**
**Seattle, Washington 98104**
**(206) 445-0212**

THE COURT ORDERS that a guilty plea hearing be scheduled by video conference. The parties are directed to contact the magistrate clerks to schedule the videoconference plea hearing.

DATED this 8th day of February, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/Christopher Carney*
CHRISTOPHER CARNEY
Attorney for Justine Moses
Carney Gillespie PLLP
600 1st Ave., Suite LLl08
Seattle, WA  98104
206-445-0220
Fax: 206-445-0220
Email: christopher.carney@carneygillespie.com

ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO OR TELEPHONIC HEARING
(US v. MOSES, CR20-99 RSM) - 2

**Carney Gillespie PLLP**
**600 1st Avenue, Suite LL08**
**Seattle, Washington 98104**
**(206) 445-0212**