The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-099-RSM |
|---|---|
| Plaintiff, | ORDER TO SEAL |
| v. | |
| JUSTINE ESTHER MOSES, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Memorandum,

It is hereby ORDERED that the United States' Sentencing Memorandum, shall remain sealed.

DATED this 11th day of April, 2022.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ J. Tate London*
J. TATE LONDON
Assistant United States Attorney

Order to Seal - 1
(*United States v. Justine Esther Moses*, CR20-099-RSM)

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970